5:11-MJ-00164

## United States District Court
## Violation Notice

CVB Location Code: VS60

**Violation Number:** 1691640
**Officer Name (Print):** K KEACH
**Officer No:** 1533

1691640

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 5/29/11 4:30am
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code: 36 CFR 4.22(b)(3)

**Place of Offense:** Rt 25 - Dun Loupe Creek

**Offense Description:** FAILURE TO MAINTAIN CONTROL

### DEFENDANT INFORMATION
**Phone:** (304) 663-6024
**Last Name:** TYREE
**First Name:** MICHAEL
**M.I.:** J
**Street Address:** ▇▇▇▇▇▇▇
**City:** SCARBRO
**State:** WV
**Zip Code:** 25917
**Date of Birth (mm/dd/yyyy):** ▇▇▇ 1987
**Drivers License No:** I357921
**D.L. State:** WV
**Social Security No:** ▇▇▇-0352

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  **Hair:** BRO  **Eyes:** BRO  **Height:** 6'5"  **Weight:** 170

### VEHICLE DESCRIPTION
**VIN:** 1G1JH12F057139573
**Tag No:** 2KC-296
**State:** WV
**Year:** 05
**Make/Model:** CHVY CAVELIER
**Color:** BLUE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

**Court Address:** Federal Building District Court
110 N Heber Street
Beckley, WV 25801
Phone – (304) 253-7481

**Date (mm/dd/yyyy):** 9/13/2011
**Time (hh mm):** 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 28th, 20 11 while exercising my duties as a law enforcement officer in the SOUTHERN District of W VIRGINIA

At approximately 1400 hours on the 28th of May 2011, I conducted an interview with Michael J TYREE about an unreported motor vehicle accident that occurred along Rt 25, which is within the boundaries of New River Gorge National River TYREE admitted that he was driving the vehicle when it went off the road and over turned into Dun Loup Creek TYREE also admitted that he did not have a driver's license and that he did not report the accident to either Fayette County or the National Park Service I issued TYREE a citation for violation of 36 CFR 4 22(b)(3) – failure to maintain control

The foregoing statement is based upon
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

**Executed on** 7/12/2011
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

**Executed on** _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 8/16/2011 07:36:00